**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 500 MAL 2016 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANTHONY M. MORALES-CASTRO, | : | |
| | : | |
| Petitioner | : | |

COMMONWEALTH OF PENNSYLVANIA,          No. 501 MAL 2016

     Respondent

                                      Petition for Allowance of Appeal from
                                       the Order of the Superior Court

     v.


ANTHONY M. MORALES-CASTRO,

     Petitioner


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 5th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.